AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00072 |
|---|---|
| v. | ) Assigned to: Judge Robin M. Meriweather |
| Bryan Betancur | ) Assign Date: 1/15/2021 |
| aka Bryan Clooney, aka Maximo Clooney | ) Description: COMPLAINT W/ARREST WARRANT |
| ▇▇▇▇ | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Restricted Buildings or Grounds |
| Title 40 U.S.C. § 5104(e)(2)(A) and (D) | Unlawful Activities on Capitol Grounds. Disorderly Conduct |
| Title 40 U.S.C. § 5104(f) | Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Alexis Brown, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __01/15/2021__

*Judge's signature*

City and state: __Washington, DC__  Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*