**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **Criminal No.   21-cr-0051 (TJK)** |
| : | |
| **BRYAN BETANCUR,** : | |
|     **Defendant.** : | |

**JOINT MOTION FOR CONTINUANCE OF STATUS HEARING**

The United States of America, through its undersigned counsel, and the defendant, Bryan Betancur, through his counsel, jointly move for the court to continue the Status Hearing currently scheduled for March 24, 2021. The parties are in discussions regarding the language of a proposed protective order for the purpose of providing discovery as well as consideration of consent to a complex case designation. Defense counsel needs further time to discuss the language and implications with her client who is incarcerated in another matter at a facility where communications with counsel are less than desirable. Defense counsel would also like time to discuss a disposition of this matter. The parties further agree that in the interest of justice, the time between March 24, 2021, and the new proposed status date of April 27, 2021 be excluded from the time in which trial must commence in this matter under the Speedy Trial Act.

1

Accordingly, the parties request a continuance until April 27, 2021 and an exclusion of time under the Speedy Trial Act until that date.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:    */s/ Brenda J. Johnson*
        Brenda J. Johnson
        Assistant United States Attorney
        D.C. Bar No. 370737
        555 4th Street, N.W.
        Washington, D.C.   20530
        (202) 252-7801
        Brenda.Johnson@usdoj.gov

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /s/
        Ubong E. Akpan
        Assistant Federal Public Defender
        625 Indiana Avenue, NW Suite 550
        Washington, D.C. 20004
        (202) 208-7500