UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**BRYAN BETANCUR** | **CRIMINAL CASE NO. 21-051(TJK)** |

### NOTICE TO THE COURT

The United States hereby files this amended notice to the Court. At a status hearing on September 7, 2021, the government represented to the Court that, for the most part, discovery directly relevant to the defendant has been provided to the defense. Following the hearing, the government learned that additional data was recently exploited by the FBI from electroninc media seized from the defendant during the course of this investigation. This data has not yet been uploaded to the FBI system for external production. The government has reached out to the defense to determine the best way to provide this information to the defense as expeditiously as possible.

The FBI has conducted a cursory review of the data; and based on this review, it is our understanding that there is no additional information contained therein that has not previously been provided to the defense related to the instant case and that the data does not contain any exculpatory information.

The government apologizes to the court for any misunderstanding.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

By: /sBrenda J. Johnson
Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
National Security Section
555 Fourth Street NW
Washington, D.C. 20530
(202) 252-7801
brenda.johnson@usdoj.gov