UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-0051 (TJK) |
| | : | |
| **BRYAN BETANCUR,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Attorney, Detailee Maria Y. Fedor, who may be contacted by telephone at (202) 353-7366 or email at Maria.Fedor@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Brenda Johnson.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   /s/ *Maria Y. Fedor*
       MARIA Y. FEDOR
       Attorney, Detailed to the
       United States Attorney's Office
       for the District of Columbia
       DC Bar No. 985823
       555 Fourth Street, N.W.
       Washington, DC 20530
       Maria.Fedor@usdoj.gov
       (202)353-7366

## **CERTIFICATE OF SERVICE**

On this 29th day of November 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov
(202) 353-7366