UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CR. NO. 21-CR-051 (TJK)** |
| **BRYAN BETANCUR** ) | |
| ) | |

**MOTION TO CONTINUE STATUS CONFERENCE**

Bryan Betancur, through undersigned counsel, respectfully moves this Honorable Court to continue the Status Conference scheduled for February 8, 2022 for 30 days.  Undersigned counsel needs additional time to discuss the plea offer with Mr. Betancur and needs additional time to review the latest discovery production.  The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 3rd day of February 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender