UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.           ) | CR. NO. 21-CR-051 (TJK) |
| BRYAN BETANCUR      ) | |
| _____ ) | |

**MOTION TO CONTINUE STATUS CONFERENCE**

  Bryan Betancur, through undersigned counsel, respectfully moves this Honorable Court to continue the Status Conference scheduled for March 4, 2022 for 30 days. Undersigned counsel had been preparing for trial in another matter and needs additional time to discuss the plea offer and case with Mr. Betancur. The government does not oppose this motion. The parties agree that the exclusion of time under the Speedy Trial Act is appropriate in order to give the parties time to resolve the matter.

                Respectfully Submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER

                _____/s/_____
                Ubong E. Akpan
                Assistant Federal Public Defender
                625 Indiana Ave., N.W.
                Washington, D.C. 20004
                (202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 4rd day of March 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender