# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CR. NO. 21-CR-051 (TJK)** |
| **BRYAN BETANCUR** ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Bryan Betancur, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing, scheduled for August 4, 2022. Defense counsel is scheduled for trial on August 1st. The government does not oppose this motion. The parties are available on August 10th for the sentencing hearing. The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public's interest and the Defendant's interests in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 30th day of June 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender