# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-0051 (TJK)** |
| v. | : | |
| | : | |
| **BRYAN BETANCUR,** | : | |
| also known as Bryan Clooney, | : | |
| also known as Maximo Clooney | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video was provided to the Court and defense counsel on July 28, 2022, via USAfx, relating to the sentencing hearing scheduled for August 10, 2022. As video clip, it is not in a format that readily permits electronic filing on CM/ECF.

The single video file consisted of a file entitled "Exhibit 1," which is a one hour 25 minute 43 second video depicting the western side of the Capitol, including the activity in front of ST-2M and the area leading into the Lower West Terrance tunnel and archway. This video is also publicly available at https://archive.org/details/full-footage-patriots-storm-u.-s.-capitol-4-k-60fps.

If the Court accepts this proposed video exhibit into evidence, the United States takes the position that the entered exhibit should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov