UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-051 (TJK) |
| **BRYAN BETANCUR** | ) | |
| | ) | |

## NOTICE OF FILING

Bryan Betancur, by and through counsel, respectfully requests that the attached exhibit, discussed at his sentencing hearing today, be made part of the record in this case.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

            /s/

        UBONG E. AKPAN
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 10th day of August 2022, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender
Standby Counsel