# EXHIBIT 1

08/09/2022

```
CRN    SUBJ CRSE  SEC CMP  CREDS DAYS    Fall 2022 CCBC
                                         START/STOP   BUILD  ROOM  INSTRUCTOR           START
       ENGL 101   WXC  W   3.00  TBA     TBA                                            08/29
       ACLT 053   WXC  W   0.00  TBA     TBA                                            08/29
       ACDV 101   W18  W   1.00  TBA     TBA                                            08/29
       PSYC 111   EMA  E   3.00  TR      1110-1230pm                                    08/29
       PEFT 101   XCW  E   3.00  MW      0905-1010am                                    09/26
                                 TBA     TBA

       Course Credits: 10.00
```

*********************************************************************

*********************************************************************

================ CHARGES ================   ======= CREDITS/ANTICIPATED CREDITS ======

Fall Activity Fee
Fall Capital Fee
Fall First Day Bk Fee
Fall Gen Service In-Co Fee
Fall In County Tuition
Fall Lab Fee
Fall Registration Fee
Fall Technology Fee

* * * CONTINUED ON NEXT PAGE * * *



Bryan Betancur
Student ID:
Campus:
Total Current Term Charges:
Total Current Term Credits:

Previous Balance:
Current Term Balance:
AMOUNT DUE:
Future Balance:

Return Bottom Portion With Payment

Bryan Betancur



Student ID:
Term:

AMOUNT DUE:

Amount Paid: $_____