# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-0051 (TJK)** |
| **v.** : | |
| : | |
| **BRYAN BETANCUR,** : | |
| also known as Bryan Clooney, : | |
| also known as Maximo Clooney : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States respectfully requests that the following link, which was provided to the Court and defense counsel on August 9, 2022 and referenced during the August 10, 2022 sentencing hearing, be incorporated into the record:

https://www.youtube.com/watch?app=desktop&v=Z-nkf1PuTdU .

                                                   Respectfully submitted,

                                                   MATTHEW M. GRAVES
                                                   United States Attorney
                                                   D.C. Bar No. 481052

By:    */s/   Maria Y. Fedor*
           Maria Y. Fedor
           Attorney, detailed to the
           United States Attorney's Office for the
           District of Columbia
           D.C. Bar No. 985823
           601 D Street, N.W.
           Washington, DC 20530
           (202) 353-7366; Maria.Fedor@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 11th day of August 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        By:    */s/   Maria Y. Fedor*
                 Maria Y. Fedor
                 Attorney, detailed to the
                 United States Attorney's Office for the
                 District of Columbia
                 D.C. Bar No. 985823
                 601 D Street, N.W.
                 Washington, DC 20530
                 (202) 353-7366; Maria.Fedor@usdoj.gov