UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-CR-051 (TJK) |
| **BRYAN BETANCUR** | ) | |
| | ) | |

## UNOPPOSED MOTION TO REVOKE SELF-SURRENDER

Bryan Betancur, through undersigned counsel, respectfully moves this Honorable Court to revoke his self-surrender date, which is to be determined by the Bureau of Prisons. The government does not oppose this motion. In support of this motion, he states as follows:

1) On August 10, 2022, Mr. Betancur was sentenced to four months incarceration for his actions on January 6, 2021. In addition, he was sentenced to one year of supervised release and to pay $500 in restitution, as well as other conditions of supervision.

2) Mr. Betancur seeks to start serving his sentence as soon as possible.

3) As a result, he requests that the Court issue an order allowing him to surrender to a local jail or to the U.S. Marshal, without a designation from the Bureau of Prisons on Monday, August 15, 2022.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

      I, Ubong E. Akpan, certify that on this 11th day of August 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                                           /s/
                                      Ubong E. Akpan
                                      Assistant Federal Public Defender