# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRYAN BETANCUR,<br>      *Defendant*. | Criminal Action No. 21-51 (TJK) |

## ORDER

On August 10, 2022, after Defendant's plea of guilty to 18 U.S.C. § 1752(a)(1), this Court sentenced Defendant to four months incarceration, 12 months supervised release, and $500 in restitution. *See* Minute Entry, August 10, 2022. Before the Court is Defendant's Unopposed Motion to Revoke Self-Surrender. ECF No. 51. In it, Defendant requests that he be permitted to begin serving his sentence on Monday, August 15, 2022, instead of self-surrendering on some future date as directed by the United States Probation Office. For the reasons stated in the motion, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that Defendant shall report to the United States Marshals Service at the Prettyman United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C., on August 15, 2022 between 9:00 a.m. and 12:00 noon. Defendant shall arrive with a copy of this Order and photo identification and shall not bring any personal property.

    **SO ORDERED.**

/s/ Timothy J. Kelly<br>
TIMOTHY J. KELLY<br>
United States District Judge

Date: August 12, 2022