**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 21-CR-51 (TJK)** |
| | **:** | |
| **BRYAN BETANCUR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Michael L. Barclay.  AUSA Michael L. Barclay will be substituting for AUSA Maria Fedor.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ Michael L. Barclay
      Michael L. Barclay
      Member of N.Y. Bar
      Assistant United States Attorney
      United States Attorney's Office
      District of Columbia
      202-252-7669
      Michael.Barclay@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 7th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney