# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. Bentancur, Bryan                    Docket No.: 1:21CR00051-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to *"modify Betancur's special conditions of supervised release as noted below:*

    1. <u>Location Monitoring</u> - *You will be monitored by the form of location monitoring technology indicated herein for a period of 60 days, and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention).*
    2. <u>Computer Search</u> - *You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.*
    3. <u>Notification of computer monitoring to potential employer</u> – *You are required to notify current and potential employers of your computer monitoring condition.*
    4. <u>Computer Monitoring Software Search</u> - *You must allow the U.S. Probation Office to conduct initial and periodic unannounced searches of any computers. Initial searches of computer devices will be conducted to determine if the device has any materials that would be a violation of the Court's ordered conditions; or programs/applications, settings, configurations that would be problematic for monitoring software (if ordered)*

and the Cybercrime Management Program requirements. Periodic unannounced searches of your computer devices will be conducted to verify the monitoring software's functionality (if ordered), the device's configuration requirements are unaltered, and no circumvention efforts have been made to alter the device's operation(s) or functionality.

5. <u>Computer Monitoring</u> - You are permitted use of conventional computer(s) (Desktop/Laptop computers, Smart Phones/Tablets) with internet access and will permit the U.S. Probation Office to configure, manage, and install monitoring software on all your approved conventional computer devices. Your conventional computer device(s) are limited to those that can be configured, managed, and monitored by the U.S. Probation Office. The configuration, management, and monitoring of your conventional computer devices shall be specific to your Court ordered conditions, risk and needs, and Cybercrime Management Program requirements.

6. <u>Computer Restriction:</u> Your use of conventional computer(s) (Desktop/Laptop computer, Smart Phones/Tablets) is restricted to two hours per day for legitimate and necessary use as approved by the U.S. Probation Office. Examples of legitimate and necessary use are employment, education, religious activities, treatment, communication with friends/family, legal consultation, personal finance, and legal obligations.

7. <u>Computer Management</u> - You are ordered to participate in the U.S. Probation Cybercrime Management Program and will inform your officer of all computer devices possessed or accessible to you and shall not acquire or access any new or additional devices unless approved by your officer.

8. <u>Social Media Restriction</u>- You must seek the approval of the probation officer if you wish to access, view, or use any online social media. You must not download any social media apps to your phone or computer. You must not access social media on any other device not approved by the probation officer. Social media includes social media sites, chat services, blogs, instant messages, SMS, MMS, digital photos, video sharing websites, emails or any other interactive, online, or electronic communication applications or sites."

2. ☐ No action
3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution
4. ☐ Issuance of a summons and schedule a hearing
5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

_____
Timothy J. Kelly
United States District Judge

8/3/23
Date